MAIER, Appellant, v. HARTMAN et al., Respondents.

(201 N. W. 158.)

(File No. 5660.   Opinion filed December 2, 1924.)

Appeal from Circuit Court, Minnehaha County.

*Robert F. Reimer,* of Sioux Falls, for Appellant.

*Mundt & Mundt,* of Sioux Falls, for Respondents.

PER CURIAM.   This is an appeal from an order vacating a judgment and permitting respondents to answer.

Notice of appeal and bond was served and filed May 26, 1924. Clerk's certificate of settled record was filed in this court January 27, 1924.   No other papers have since been filed in said court. •

Appellant having failed to comply with rules 5, 6, 7, and 13 of this court, relating to appeals, this appeal is deemed abandoned and order appealed from is affirmed.

---

KELLY, Respondent, v. McQUILLAN et al., Appellants.

(201 N. W. 158.)

(File No. 5689.   Opinion filed December 2, 1924.)

Appeal from Circuit Court, Marshall County.

*Buell F. Jones,* of Britton, for respondent.

*Otto L. Kaas,* of Britton, for Appellant.

PER CURIAM.   This is an appeal from an order overruling a demurrer and a judgment thereafter entered.

The notice of appeal and bond was served and filed in this case July 3, 1924.   The record duly certified by the clerk was filed with the clerk of this court July 9, 1924.   No other papers have been filed.

Appellant having failed to comply with rules 5, 6, 7, and 13 of this court, relating to appeals, this appeal is deemed abandoned, and the judgment and order appealed from are affirmed.